■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW J. WIGGINS, Appellant. [6 NYS3d 923]—Appeal from a

judgment of the Monroe County Court (Vincent M. Dinolfo, J.), rendered January 12, 2012. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Carni, Sconiers, Valentino and Whalen, JJ.